**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DOMINIC BARKLEY,**

    Petitioner,                    **CASE NO. 2:10-CV-1182**
                                       **JUDGE ALGENON L. MARBLEY**
    v.                           **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

**WARDEN,**
**CHILLICOTHE CORRECTIONAL**
**INSTITUTION,**

    Respondent.

### OPINION AND ORDER

On June 19, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                               s/Algenon L. Marbley
                                                               ALGENON L. MARBLEY
                                                               United States District Judge